# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL GOODRICH,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **TONELLI'S PIZZA PUB, and**<br>**RANDA ENTERPRISES, INC.,**<br>    **Defendants.** | **NO. 17-5728** |

## O R D E R

**AND NOW**, this 1st day of August, 2019, upon consideration of Defendants' Motion for Summary Judgment (Document No. 11, filed February 18, 2019), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Document No. 12, filed March 18, 2019), and plaintiff's Exhibits A, B, and C (Document No. 13, filed March 19, 2019), for the reasons stated in the accompanying Memorandum dated August 1, 2019, **IT IS ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendants, Tonelli's Pizza Pub and Randa Enterprises, Inc., and **AGAINST** plaintiff, Michael Goodrich.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
    DuBOIS, JAN E., J.